Victor Bernard **PERKINS**, Appellant

v.

**John D. ASHCROFT**, Former Attorney General, Appellee.

No. 07–5416.

United States Court of Appeals, District of Columbia Circuit.

April 22, 2008.

BEFORE: HENDERSON, ROGERS, and KAVANAUGH, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed November 8, 2007, be affirmed. Appellant has failed to state a claim under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and, to the extent appellant was attempting to sue the former Attorney General in his official capacity, the action is barred by sovereign immu-

nity, *see Clark v. Library of Congress,* 750 F.2d 89, 102–04 (D.C.Cir.1984).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.